## IN THE UNTED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| John Doe 1, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>The Ohio State University, and Does 1-100,<br><br>    Defendants. | Case No. 2:18-cv-00712<br><br><br>Judge Michael H. Watson<br>Magistrate Judge Deavers<br><br><br><br>**NOTICE OF DISMISSAL** |

According to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff dismisses this lawsuit.

Respectfully submitted,

*/s/Daniel R. Karon*
Daniel R. Karon (0069304)
**Karon LLC**
700 West St. Clair Ave., Suite 200
Cleveland, OH  44113
PH: (216) 622-1851
FX: (216) 241-8175
Email: dkaron@karonllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2018 a copy of the foregoing *Notice of Dismissal* was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record.

/s/ Daniel R. Karon
Daniel R. Karon (#00693040)