United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Smith, Judge Watson, Magistrate Judge Deavers and Magistrate Judge Vascura

FROM: Scott Miller, Deputy Clerk

DATE: 5/13/19

SUBJECT: Case Caption: John Doe M.B, et al. v. The Ohio State University

CASE: Case Number: 2:19-cv-1911

DISTRICT JUDGE: Judge Smith (Magistrate Judge Vascura)

File Date: 5/10/19

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Garrett, et al. v. The Ohio State University

Case Number: 2:18-cv-692   District Judge: Watson

File Date: 7/16/18   Magistrate Judge: Deavers

**Related Case(s):**

Case Caption: Doe v. The Ohio State University, et al.

Case Number: 2:18-cv-712   District Judge: Watson

File Date: 7/17/18   Magistrate Judge: Deavers

**Additional Related Case:**

2:18-cv-736 Snyder-Hill, et al. v. The Ohio State University  Judge Watson/Magistrate Judge Deavers. File Date: 7/26/18.

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   <u>Scott Miller</u>
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   <u>WATSON</u>

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
*/s/ M.H. Watson*
United States District Judge

_____
*/s/ George C. Smith*
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*