UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**John Doe 1,**

    **Plaintiff,**

    **v.**

**Ohio State University, et al.,**

    **Defendants.**

Civil Action 2:18-cv-712

Judge Michael H. Watson

Chief Magistrate Judge Deavers

---

**John Does 37–66,**

    **Plaintiffs,**

    **v.**

**The Ohio State University,**

    **Defendant.**

Civil Action 2:19-cv-3165

Judge Michael H. Watson

Chief Magistrate Judge Deavers

## ORDER

These cases involve common questions of law and fact with related cases 2:18-cv-692 and 2:18-cv-736. Pursuant to this Court's March 15, 2019 Order, ECF No. 69, 2:18-cv-692, the Court **CONSOLIDATES** these cases with the aforementioned cases during the pendency of mediation. *See* Fed. R. Civ. P. 42(a). During the period of consolidation, all filings shall be filed in Case No. 2:18-cv-692.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT