United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

**TO:** Judge Smith, Judge Watson, Chief Magistrate Judge Deavers and Magistrate Judge Vascura

**FROM:** Michelle Rahwan, Deputy Clerk

**DATE:** 10/21/2019

**SUBJECT:** Case Caption: Beaudin et al v. The Ohio State University

**CASE:** Case Number: 2:19-cv-4634

**DISTRICT JUDGE:** Judge Smith/Magistrate Judge Vascura

File Date: 10/18/2019

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

| | | | |
|---|---|---|---|
| Case Caption: | **Garrett et al. v. The Ohio State University** | | |
| Case Number: | **2:18-cv-0692** | District Judge: | **Watson** |
| File Date: | **07/16/2018** | Magistrate Judge: | **Deavers** |
| Related Case(s): | **2:18-cv-712, -736, 2:19-cv-1911, -2237, -2429, -2462, -3165, -4397,-4433,4441 and 2:19-mc-00038** | | |
| Case Caption: | | | |
| Case Number: | | District Judge: | **Watson** |
| File Date: | | Magistrate Judge: | **Deavers** |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator  <u>**Michelle Rahwan**</u> as follows:

**Judges' Response:**

    ☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

    ☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge <u>Watson</u>

    ☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

    ☐ We are unable to agree and will accept any decision made by the Chief Judge.

    ☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

    ☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

    ☐ Other Direction of Judge: _____

_[signature: George C. Smith]_
United States District Judge

_[signature: Michael H. Watson]_
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*